IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| NOEL HOOD, on behalf of himself and others similarly situated | § § § | |
| V. | § § | CIVIL ACTION NO. G-13-254 |
| FLORIDA MARINE TRANSPORTERS, INC. | § § § | |

**OPINION AND ORDER**

Before the Court, by referral from the Honorable Gregg Costa, United States District Judge, is the Motion of Defendant, Florida Marine Transporters, Inc., to transfer venue of this Vessel Tankerman FLSA action to the Eastern District of Louisiana. The Motion has been exhaustively briefed and is ready for disposition. Accordingly, the Court now issues this Opinion and Order.

Most, if not all, of the venue "facts" in this case are the same as those in the numerous other similar cases that have been filed with this Court, whether a motion to transfer venue was filed or not. Likewise, the problems of deciding a motion to transfer venue at this early stage in these cases also persist. Assuming conditional certification is granted, as has been routine by this Court, until the Plaintiffs are known, the effects of most relevant venue factors cannot be reliably determined. Indeed, the only established venue facts at this time are that the sole Plaintiff resides in the Southern District of Texas and Florida Marine's corporate offices are in the Eastern District of Louisiana. Once the Plaintiffs have been identified, the

proper venue for this matter will be clearer. At this time, a decision would be based primarily upon speculation.

It is, therefore, **ORDERED** that Florida Marine's "Motion to Transfer Venue" (Instrument no. 18) is **DENIED**, subject to reconsideration, without refiling, if the residences of any additional opt-in Plaintiffs clearly favor a transfer of venue to the Eastern District of Louisiana.

**DONE** at Galveston, Texas, this ____28th____ day of April, 2014.

_____
John R. Froeschner
United States Magistrate Judge