IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| NOEL HOOD, on behalf of himself and others similarly situated | § § § | |
| V. | § § | CIVIL ACTION NO. G-13-254 |
| FLORIDA MARINE TRANSPORTERS, INC. | § § § | |

## OPINION AND ORDER

Before the Court, by referral from the Honorable Gregg Costa, United States District Judge, is the "Plaintiffs' Motion for Conditional Certification and for Notice to Putative Class Members." The Motion is opposed by Defendant, Florida Marine Transporters, Inc.. The Motion has been fully briefed and is ripe. Accordingly, the Court issues this terse Opinion and Order.

This is yet another FLSA Vessel Tankerman case. Several similar cases have been filed in this Division against various Defendants and in each one conditional certification has been granted. The Court has identified nothing within this case to merit any different result.

It is, therefore, **ORDERED** that the "Plaintiffs' Motion for Conditional Certification and for Notice to Putative Class Members" (Instrument no. 17) is **GRANTED**.

If the Parties are unable to agree upon a suitable Notice they should seek further Orders from the Court.

**DONE** at Galveston, Texas, this ____28th____ day of April, 2014.

John R. Froeschner
United States Magistrate Judge